NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUV N' CARE LTD.,**
*Appellant*

v.

**MUNCHKIN, INC.,**
*Appellee*

---

2014-1653

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00072.

---

**JUDGMENT**

---

EDWARD DAVID MANZO, Husch Blackwell LLP, Chicago, IL, argued for appellant. Also represented by DANIEL KIM, HARTWELL POWELL MORSE, III, GEORGE S. PAVLIK, III.

ALLEN JUSTIN POPLIN, Lathrop & Gage, LLP, Overland Park, KS, argued for appellee. Also represented by TRAVIS W. MCCALLON, ROBERT CAMERON GARRISON, Kansas City, MO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 14, 2015                              /s/  Daniel  E.  O'Toole
        Date                              Daniel E. O'Toole
                                          Clerk of Court